**In re Roger YOUMAN and Marney Morris.**

**No. 2011–1136.**

United States Court of Appeals, Federal Circuit.

Feb. 14, 2011.

Raymond T. Chen, Patent & Trademark Office, Alexandria, VA, for David J. Kappos, Director, U.S. Patent and Trademark.

Richard M. Feustel Jr., Ropes & Gray LLP, New York, NY, for Marney Morris and Roger Youman.

**ON MOTION**

**ORDER**

The appellants Morris move without opposition to stay proceedings in this appeal pending the court's disposition in *In re Mostafazadeh,* 2010–1260.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The appellants' opening brief is due within 60 days of the date of filing of this order.